Jesse H. Leonard, Respondent, v. Caroline Harris, Appellant.— Motion granted.

Laura M. Meredith, an Infant, by George L. Meredith, Her Guardian ad Litem, Respondent, v. William F. Gurley, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred, except Kellogg and Houghton, JJ., dissenting.

In the Matter of the Application of William W. Farley, as State Commissioner of Excise, Appellant, for a Peremptory Writ of Mandamus, Addressed to John E. Kraft and Others, Constituting the Civil Service Commission of the State of New York, Respondents.— Order unanimously affirmed, with costs.

Francis Nanneny, an Infant, by John Nanneny, His Guardian ad Litem, Respondent, v. George H. Snyder, Appellant.— Order affirmed, with ten dollars costs and disbursements. All concurred.

The People of the State of New York ex rel. The Mines Finance Company, Relator, v. William Sohmer, as Comptroller of the State of New York, Respondent.— Determination of the Comptroller unanimously confirmed, with fifty dollars costs and disbursements.

The People of the State of New York ex rel. New York, Ontario and Western Railway Company, Relator, v. Egburt E. Woodbury and Others, Together Constituting the State Board of Tax Commissioners of the State of New York, Respondents.— Motion granted and question certified as follows: Is the return of the State Board of Tax Commissioners sufficient under section 292 of the Tax Law ?*

The People of the State of New York v. Bank of Staten Island. In the Matter of the Judicial Settlement of the Account of Joseph B. Mayer, as Receiver of the Bank of Staten Island; Joseph B. Mayer, Appellant.— Ordered that the decision of the court modifying the order appealed from be corrected by fixing the receiver's commissions at $5,995.29. Houghton, J., dissenting.

Richard Turnbull, as Overseer of the Poor of the Town of New Lisbon, Respondent, v. G. Arthur Gardner, Appellant.— Motion granted unless appellant procures appeal papers to be properly certified and be ready to argue the case at the next term of this court, in which case motion is denied.

---

## SECOND DEPARTMENT, DECEMBER, 1911.

FANNIE F. ARCHER, Respondent, v. MARGARET ARCHER, Individually and as Administratrix, etc., of ALLISON M. ARCHER, Deceased, and Others, Appellants.

*Appeal — appellate court can consider only the record.*

Motion for reargument.

PER CURIAM: This is a motion for reargument. The motion papers serve to emphasize the correctness of the position taken by this court upon

---

* See Consol. Laws, chap. 60 (Laws of 1909, chap. 62), § 292.— [REP.